# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES WASMUND, INDIVIDUALLY
AND AS SURVIVING SPOUSE AND AS
ADMINISTRATOR AND HEIR OF THE
ESTATE OF SANDRA MARIE SUTTON,
DECEASED; JAMES WASMUND AS
PARENT AND NATURAL GUARDIAN
OF AUSTIN WASMUND, A MINOR, AS
HEIR OF THE ESTATE OF SANDRA
MARIE SUTTON, DECEASED; JAMES
WASMUND AS PARENT AND
NATURAL GUARDIAN OF SARAH
WASMUND, A MINOR, AS HEIR OF
THE ESTATE OF SANDRA MARIE
SUTTON, DECEASED; AND JAMES
WASMUND AS PARENT AND
NATURAL GUARDIAN OF HUNTER
WASMUND, A MINOR, AS HEIR OF
THE ESTATE OF SANDRA MARIE
SUTTON, DECEASED,

               Appellants,

vs.

THE LIGHT GROUP, LLC, D/B/A HAZE
NIGHT CLUB,

               Respondent.

No. 71841

FILED

JUN 28 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-21596

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Richard Scotti, District Judge
Christiansen Law Offices
Atkinson Watkins & Hoffmann LLP
Eighth District Court Clerk

---

[1]Appellants' motion for an extension of time to file the opening brief and appendix is denied as moot.